Certificate Number: 05781-FLM-DE-041222765

Bankruptcy Case Number: 26-05897



05781-FLM-DE-041222765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2026, at 2:41 o'clock PM PDT, Edy Delgado completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   July 19, 2026                          By:      /s/Allison M Geving

                                               Name:   Allison M Geving

                                               Title:   President